**Stewart E. EARLE v. COMMISSIONER OF INTERNAL REVENUE (two cases). Nos. 10271, 10273.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 23, 1946.

George E. H. Goodner and Scott P. Crampton, both of Washington, D. C., for petitioner.

Sewall Key, of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

On petition to review decision of the Tax Court of the United States. 5 T.C. 991.

This cause came on to be heard on the transcript of the record from the Tax Court of the United States.

Upon oral stipulation made in open Court agreeing that the decision in case No. 10,-269, Estate of Emma Earle, etc., v. Commissioner shall be controlling and determinative, it is therefore upon the authority of the opinion this day filed in Estate of Emma Earle, etc., v. Commissioner, 157 F.2d 501, ordered, adjudged and decreed that the decision of the Tax Court be and the same is affirmed.

**Berta BRADLEY, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, Appellee. No. 11648.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Erle M. Donalson, of Bainbridge, Ga., for appellant.

M. B. Peacock and H. H. Perry, Jr., both of Albany, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the Court below is affirmed.